UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Universal Surveillance Corporation, | ) |
| | ) CASE NO. 5:11CV1755 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| | ) |
| Checkpoint Systems, Inc., | ) ORDER |
| | ) |
| Defendant. | ) |
| | ) |

On July 14, 2014, the Special Master in this proceeding issued his SJ-Report Number One. Doc. 397. Within his order, the Master addressed Plaintiff USS's motion for summary judgment directed toward Defendant Checkpoints counterclaims (Doc. 304), USS's motion to exclude certain testimony of Robert Brlas (Doc. 308), and Checkpoint's motion to exclude certain testimony of William Baker (Doc. 309). The Special Master recommended granting USS's motion for summary judgment on Checkpoint's false advertising counterclaims. Additionally, the Special Master recommended denying both motions to exclude testimony as moot. Neither party has objected to the Master's decision.

The Court has reviewed the Master's decision and finds no error within its analysis. Accordingly, USS's motion for summary judgment on Checkpoint's counterclaims for false advertising (Doc. 304) is hereby GRANTED. Both parties' motions to exclude expert testimony on these claims (Docs. 308 and 309) are DENIED AS MOOT.

IT IS SO ORDERED.

March 31, 2015          /s/ John R. Adams
Dated                   JUDGE JOHN R. ADAMS
                        United States District Judge